# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE LOPER,** | : | CIV NO. 3:21-CV-795 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **BROOMALL REHAB AND NURSING CENTER,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW this 3d day of May 2021, in accordance with the accompanying memorandum, IT IS ORDERED pursuant to 28 U.S.C. § 1406(a) that this case is transferred to the United States District Court for the Eastern District of Pennsylvania for all further proceedings.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
